IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF MICHIGAN, | ) ) ) | |
| Petitioner, | ) ) ) | CASE NO. 25-1159 |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF ENERGY AND CHRISTOPHER A. WRIGHT, SECRETARY, UNITED STATES DEPARTMENT OF ENERGY, | ) ) ) ) ) | |
| Respondents. | ) | |

## MOTION FOR LEAVE TO INTERVENE OF THE MIDCONTINENT INDEPENDENT SYSTEM OPERATOR, INC.

Pursuant to Rule 15(d) of the Federal Rules of Appellate Procedure and Rule 15(d) of the Circuit Rules for the U.S. Court of Appeals for the District of Columbia Circuit, the Midcontinent Independent System Operator, Inc. ("MISO") respectfully moves for leave to intervene in the above-captioned proceeding. As a Regional Transmission Organization ("RTO") approved by the Federal Energy Regulatory Commission ("FERC"), MISO is required to implement and comply with orders issued by the Department of Energy ("DOE"), including the order that is the subject of the Petition for Review submitted in this proceeding. Pursuant to Rule 15(d) of the Federal Rules of Appellate Procedure, MISO understands that its motion for leave to intervene in this case will also be deemed a motion to intervene in all cases

before this Court of the same agency order. In support of this motion, MISO states as follows:

1. MISO is a party to the DOE Order underlying the Petition for Review In the Order for which Petitioner seeks review of, the Secretary of Energy determined that "an emergency exists in portions of the Midwest region of the United States due to a shortage of electric energy, a shortage of facilities for the generation of electric energy, and other causes" and ordered the J. H. Campbell coal-fired power plant to remain operational despite its imminent retirement. The Order was directed to MISO and ordered MISO to take specific action regarding the operation of the Campbell Plant and to provide certain reports and other information to the DOE.

2. MISO is a FERC-approved RTO and is responsible for providing transmission service and administering energy, ancillary service, and operating reserve markets in the midcontinent region of the United States pursuant to the rates, terms, and conditions of its Tariff.

3. MISO has a direct, substantial, and legally-protectable interest that would be subject to impairment by this matter if MISO were not allowed to intervene.[1] Moreover, the existing parties cannot adequately protect MISO's

---

[1] *See Sierra Club, Inc. v. EPA*, 358 F.3d 516, 517–18 (7th Cir. 2004) ("Rule 15(d) does not provide standards for intervention, so appellate courts have turned to the rules governing intervention in the district courts under Fed.R.Civ.P. 24."); *Sokaogon Chippewa Cmty. v. Babbitt,* 214 F.3d 941, 945-46 (7th Cir. 2000) (discussing the requirements for intervention under Fed. R. Civ. P. 24).

interests in this proceeding.

4. MISO has a direct interest in this matter because the Order appealed directs MISO to take specific actions regarding the availability and dispatch of the J.H. Cambell Plant. If MISO is denied intervention, this appeal would result in determinations being made regarding the resource adequacy of MISO's footprint and the dispatch of resources in its footprint without an opportunity for input from the entity that ensures that power flows reliability and affordability across the region and is a party responsible for implementing the outcome of this matter.

5. The existing parties to this appeal cannot adequately represent MISO's interests in this proceeding. As an RTO, MISO must act independently from its members.[2] In light of MISO's independence and responsibility for the administration of its Tariff, no other party can adequately represent MISO's interests in this matter or otherwise speak on MISO's behalf.

---

[2] *Promoting Wholesale Competition Through Open Access Non-Discriminatory Transmission Services by Public Utilities; Recovery of Stranded Costs by Public Utilities and Transmitting Utilities, Order No. 888, FERC Stats. & Regs. ¶ 31,036* (1996), *order on reh'g*, Order No. 888-A, FERC Stats. & Regs. ¶ 31048, order on reh'g, Order No. 888-B, 81 FERC ¶ 61,248 (1997), order on reh'g, Order No. 888-C, 82 FERC ¶ 61,046 (1998). *See also, Regional Transmission Organizations*, Order No. 2000, 65 FR 809 (Jan. 6, 2000), FERC Stats. & Regs. ¶ 31,089 (1999), *order on reh'g*, Order No. 2000-A, 65 FR 12088 (Mar. 8, 2000), FERC Stats. & Regs. ¶ 31,092 (2000), at 151 *et seq.* (holding that "the principle of independence is the bedrock upon which the ISO must be built" and that such independence requires "a decision making process independent of control by any market participant or class of market participant").

6. MISO's intervention in this proceeding will not prejudice any party to the proceeding.

7. Pursuant to Rule 26.1 of this Court and Rule 26.1 of the Federal Rules of Appellate Procedure, MISO is submitting a Corporate Disclosure Statement with this motion.

WHEREFORE, MISO respectfully moves the Court for leave to intervene in these proceedings, with the right to participate fully in all aspects of these proceedings.

Respectfully submitted,

*/s/ Michael Kessler*
Michael Kessler
Managing Assistant General Counsel
Midcontinent Independent
System Operator, Inc.
720 City Center Drive
Carmel, Indiana 46032
Telephone: (317) 249-5400
mkessler@misoenergy.org

James C. Holsclaw
Calfee, Halter & Griswold LLP
3900 Salesforce Tower
111 Monument Circle
Indianapolis, Indiana 46204
Telephone: (317) 308-7970
jholsclaw@calfee.com

Attorneys for the Midcontinent Independent System Operator, Inc.

Dated: August 25, 2025

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| THE PEOPLE OF THE STATE OF MICHIGAN, ) ) ) Petitioner, ) ) v. ) ) UNITED STATES DEPARTMENT OF ) ENERGY AND CHRISTOPHER A. ) WRIGHT, SECRETARY, UNITED ) STATES DEPARTMENT OF ENERGY, ) ) Respondents. ) | CASE NO. 25-1159 |

**CORPORATE DISCLOSURE STATEMENT OF
THE MIDCONTINENT INDEPENDENT SYSTEM OPERATOR, INC.**

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Rule 26.1 of the Circuit Rules of this Court, the Midcontinent Independent System Operator, Inc. ("MISO") hereby submits the following corporate disclosure statement:

MISO is a non-stock, not-for-profit corporation organized under the laws of the state of Delaware with its principal place of business in Carmel, Indiana. MISO has no parent corporation, and because MISO is a non-profit corporation that does not issue stock, no publicly held corporation owns 10% or more stock in MISO. Circuit Rule 26.1(b) requires a statement that identifies the represented entity's general nature and purpose, insofar as is relevant to the petition for review in this

proceeding. As is relevant here, MISO is an independent regional transmission system operator authorized by the Federal Energy Regulatory Commission ("FERC") to administer an open access transmission tariff, ensure reliable operation of, and equal access to, high-voltage power lines in 15 U.S. states and the Canadian province of Manitoba, and manage an electric generation market of approximately 196,000 megawatts.

MISO identifies the following law firms whose partners or associates have appeared in this case or are expected to appear on behalf of MISO:

    Calfee, Halter & Griswold LLP
    3900 Salesforce Tower
    111 Monument Circle
    Indianapolis, Indiana 46204
    Telephone: (317) 308-7970

    Respectfully submitted,

    */s/ Michael Kessler*
    Michael Kessler
    Managing Assistant General Counsel
    Midcontinent Independent
    System Operator, Inc.
    720 City Center Drive
    Carmel, Indiana 46032
    Telephone: (317) 249-5400
    mkessler@misoenergy.org

    James C. Holsclaw
    Calfee, Halter & Griswold LLP
    3900 Salesforce Tower
    111 Monument Circle
    Indianapolis, Indiana 46204
    Telephone: (317) 308-7970

jholsclaw@calfee.com

Attorneys for the Midcontinent Independent System Operator, Inc.

Dated: August 25, 2025

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF MICHIGAN, | ) ) ) | |
| Petitioner, | ) ) ) | CASE NO. 25-1159 |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF ENERGY AND CHRISTOPHER A. WRIGHT, SECRETARY, UNITED STATES DEPARTMENT OF ENERGY, | ) ) ) ) ) | |
| Respondents. | ) | |

## CERTIFICATE OF SERVICE

Pursuant to Rule 25 of the Federal Rules of Appellate Procedure and Rule 25 of the Rules of this Court, I hereby certify that on August 25, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

    Respectfully submitted,

    */s/ Michael Kessler*
    Michael Kessler
    Managing Assistant General Counsel
    Midcontinent Independent
    System Operator, Inc.
    720 City Center Drive
    Carmel, Indiana 46032
    Telephone: (317) 249-5400

mkessler@misoenergy.org

James C. Holsclaw
Calfee, Halter & Griswold LLP
3900 Salesforce Tower
111 Monument Circle
Indianapolis, Indiana 46204
Telephone: (317) 308-7970
jholsclaw@calfee.com

Attorneys for the Midcontinent Independent System Operator, Inc.

Dated: August 25, 2025