# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO. _25-1159_     2. DATE DOCKETED: July 24, 2025
3. CASE NAME (lead parties only) People of the State of Michigan v. United States Department of Energy and
4. TYPE OF CASE: ☒ Review  ☐ Appeal  ☐ Enforcement  ☐ Complaint  ☐ Tax Court
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ☐ Yes ☒ No
   If YES, cite statute _____
6. CASE INFORMATION:
   a. Identify agency whose order is to be reviewed: United States Department of Energy
   b. Give agency docket or order number(s): _202-25-3_
   c. Give date(s) of order(s) 5/23/2025 7/28/2025
   d. Has a request for rehearing or reconsideration been filed at the agency? ☒ Yes ☐ No
      If so, when was it filed? 6/18/2025   By whom? Michigan Attorney General Dana Nessel
      Has the agency acted? ☐ Yes ☒ No   If so, when? 7/28/2025
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      See attachment

   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ☒ Yes ☐ No   If YES, identify case name(s), docket number(s), and court(s)
      USCA DC Circuit Case Nos. 25-1160 and 25-1162 consolidated with this case.
   g. Are any other caess, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ☒ Yes ☐ No   If YES, give case name(s) and number(s) of these cases and identify court/agency:
      See attachment
   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? ☐ Yes ☒ No   If YES, provide program name and participation dates.

Signature _Michael Moody_   Date _August, 25, 2025_
Name of Party (Print) _People of the State of Michigan_
Name of Counsel for Appellant/Petitioner (Print) _Michael Moody_
Address P.O. Box 30755, Lansing, Michigan 48909
E-Mail moodym2@michigan.gov   Phone ( 517 ) 302-6619   Fax ( ___ ) ___-___

**ATTACH A CERTIFICATE OF SERVICE**

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. An original and three copies of such letter should be submitted.

USCA Form 41
August 2009 (REVISED)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| THE PEOPLE OF THE STATE OF MICHIGAN,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF ENERGY, and CHRIS WRIGHT, Secretary, UNITED STATES DEPARTMENT OF ENERGY<br><br>    Respondents. | Case No. 25-1159<br>(Consolidated with 25-1160 and 25-1162) |
| SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL, MICHIGAN ENVIRONMENTAL COUNCIL, ENVIRONMENTAL DEFENSE FUND, ENVIRONMENTAL LAW AND POLICY CENTER, VOTE SOLAR, UNION OF CONCERNED SCIENTISTS, ECOLOGY CENTER, and URBAN CORE COLLECTIVE,<br><br>    Petitioners<br><br>v.<br><br>U.S. DEPARTMENT OF ENERGY, and CHRIS WRIGHT, in his official capacity as Secretary of Energy,<br><br>    Respondents. | Case No. 25-1160<br>(Consolidated with 25-1159 and 25-1162) |
| STATE OF MINNESOTA *AND* STATE OF ILLINOIS,<br><br>    Petitioners,<br><br>v.<br><br>CHRIS WRIGHT, in his official capacity as Secretary of Energy, United States Department of Energy; UNITED STATES DEPARTMENT OF ENERGY<br><br>    Respondents. | Case No. 25-1162<br>(Consolidated with 25-1159 and 25-1160) |

## PETITIONER'S BASIS OF STANDING

Pursuant to Circuit Rule 15(c)(2), Petitioner People of State of Michigan by and through Michigan Attorney General Dana Nessel has standing to seek judicial review of the United States Department of Energy's (DOE) and Secretary of Energy Chris Wright's Order No. 202-25-3 issued on May 23, 2025, entitled *Midcontinent Independent System Operator, Inc. and Consumers Energy Company Regarding the J.H. Campbell Generation Facility* (Order). The Order, relying on section 202(c) of the Federal Powers Act (FPA), 16 USC § 824a(c) and section 301(b) of the Department of Energy Organization Act, 42 U.S.C. § 7151(b), requires the Midcontinent Independent System Operator, Inc. (MISO) and Consumers Energy Company (Consumers Energy) to take all measures necessary to ensure that the J.H. Campbell Generation Facility (Campbell) is available to operate for the duration of the order.

The Order uses its authority under section 202(c) in a manner untethered from the need to identify a real emergency and unhindered by the statutory requirement that the actions it orders go no further than necessary to address the emergency. The result of this overreach will be unnecessary costs imposed on already-overburdened ratepayers,

needless pollution emitted into Michigan and its neighboring states, and an unprecedented intrusion into the authority of states and the Federal Energy Regulatory Commission to regulate the resource adequacy of our electric grid.

Michigan Attorney General Dana Nessel is the duly elected and qualified Attorney General of the State of Michigan and holds such office by virtue of and pursuant to the provisions of Const 1963, art 5, § 21, and by mandate of the qualified electorate of the State of Michigan, and she is head of the Department of Attorney General created by the Executive Organization Act, 1965 PA 380, ch 3; MCL 16.150 et seq. MCL 14.28 provides in relevant part:

> The attorney general . . . may, when in [her] own judgment the interests of the state require it, intervene in and appear for the people of this state in any other court or tribunal, in any cause or matter, civil or criminal, in which the people of this state may be a party or interested.

The Attorney General has the right to intervene in any administrative proceeding when the Attorney General, in her own discretion, deems it in the public interest to do so.[1]  As the chief law

---

[1] *People v O'Hara*, 278 Mich 281; 270 NW2d 298 (1936), and *Gremore v Peoples Community Hospital Authority*, 8 Mich App 56; 153 NW2d 377 (1967).

officer of the State, the Attorney General has common law authority to represent public interests, as she deems necessary for the protection of public rights.[2] The common law powers and duties of the Attorney General include the power to intervene in all actions that are of concern to the general public.[3] The People of the State of Michigan have an interest in and are aggrieved by the Order in several ways, including as identified in Petitioner's Petition for Review of Order 202-25-3 filed on June 18, 2025. First, households and businesses in Michigan will pay higher electricity bills as a result of the Order. The retirement of J.H. Campbell and its replacement with more cost-effective resources were elements of a careful plan expected to save Michigan ratepayers nearly $600 million.[4] By ordering the continued operation of J.H. Campbell, the Order ensures that Michigan ratepayers will pay higher costs. Although the precise amounts of costs are not yet known, it is certain that Michigan ratepayers will be stuck with substantial new costs in excess of what they would have paid absent the Order.

---

[2] *In re Certified Question*, 465 Mich 537, 543-545; 638 NW2d 409 (2002), and *Withee v Lane & Libby Fisheries Co*, 120 Me 121, 123; 113 A 22, 23 (1921).
[3] *State ex rel Patterson v Warren*, 254 Miss 293; 180 So 2d 293, 299 (1965).
[4] *See* Michigan Public Service Commission Case No. U-21090-0867, Reply Brief of Consumers at 1 – 2, available at https://mi-psc.my.site.com/sfc/servlet.shepherd/version/download/0688y0000032ZSXAA2.

Second, the People of the State of Michigan will suffer environmental harms as a result of the Order. J.H. Campbell is a significant source of particulate matter, nitrogen oxides, sulfur oxides, and carbon dioxide,[5] among other pollutants. By prolonging the operations of J.H. Campbell beyond its planned retirement date, the Order will increase the amount of pollution emitted in the state of Michigan, causing harms to the public health and welfare.

Third, the retirement of J.H. Campbell on May 31, 2025, was a provision agreed to as part of a settlement agreement in Michigan Public Service Commission Case (MPSC) No. U-21090, to which the Michigan Attorney General was a party.[6] Because the Order deprives the Michigan Attorney General of the benefit of her bargain under the settlement agreement, the Michigan Attorney General will suffer a discrete and separate harm as a result of the Order.

---

[5] *See In the Matter of the Application of Consumers Energy Co. for Approval of Its Integrated Res. Plan Pursuant to MCL 460.6t & for Other Relief.*, No. U-21090, 2022 MICH. PSC LEXIS, at *12 (June 23, 2022).

[6] *See In the Matter of the Application of Consumers Energy Co. for Approval of its Integrated Res. Plan Pursuant to MCL 460.6t & for Other Relief.,* No. U-21090, 2022 MICH. PSC LEXIS 113, at * 3 (June 23, 2022).

Dated: August 25, 2025

Respectfully submitted,

Dana Nessel,
Michigan Attorney General

*/s/ Michael Moody*
Michael E. Moody (P51985)
Lucas Wollenzien (P86928)
Assistant Attorneys General
Special Litigation Division
P.O. Box 30755
Lansing, MI 48909
517-335-7627
MoodyM2@michigan.gov
WollenzienL@michigan.gov

Christopher M. Bzdok (P53094)
Special Assistant Attorney General
chris@tropospherelegal.com

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| THE PEOPLE OF THE STATE OF MICHIGAN,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF ENERGY, and CHRIS WRIGHT, Secretary, UNITED STATES DEPARTMENT OF ENERGY<br><br>    Respondents. | Case No. 25-1159<br>(Consolidated with 25-1160 and 25-1162) |
| SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL, MICHIGAN ENVIRONMENTAL COUNCIL, ENVIRONMENTAL DEFENSE FUND, ENVIRONMENTAL LAW AND POLICY CENTER, VOTE SOLAR, UNION OF CONCERNED SCIENTISTS, ECOLOGY CENTER, and URBAN CORE COLLECTIVE,<br><br>    Petitioners<br><br>    v.<br><br>U.S. DEPARTMENT OF ENERGY, and CHRIS WRIGHT, in his official capacity as Secretary of Energy,<br><br>    Respondents. | Case No. 25-1160<br>(Consolidated with 25-1159 and 25-1162) |
| STATE OF MINNESOTA *AND* STATE OF ILLINOIS,<br><br>    Petitioners,<br><br>    v.<br><br>CHRIS WRIGHT, in his official capacity as Secretary of Energy, United States Department of Energy; UNITED STATES DEPARTMENT OF ENERGY<br><br>    Respondents. | Case No. 25-1162<br>(Consolidated with 25-1159 and 25-1160) |

# **DOCKETING STATEMENT 6g**

1. *In re: Resource Adequacy Report: Evaluating the Reliability and Security of the United States Electric Grid, July 2025* – filed with the United States Department of Energy on August 6, 2025 via AskCR@hq.doe.gov

   Filed by Attorneys General of Maryland, Washington, Illinois, Michigan, Minnesota, Arizona, Colorado, Connecticut, and New York

2. *In re: Resource Adequacy Report Evaluating the Reliability and Security of the United States Electric Grid* – filed with the United States Department of Energy on August 8, 2025.

   Filed by Natural Resources Defense Council, the Ecology Center, Environmental Defense Fund, Environmental Law and Policy Center, Public Citizen, Sierra Club, and Vote Solar

3. *Resource Adequacy Protocol Evaluating the Reliability and Security of the United States Electric Grid* - filed with the United States Department of Energy on August 6, 2025.

   Filed by the American Clean Power Association, Advanced Energy United, and American Council on Renewable Energy.

Dated: August 25, 2025

Respectfully submitted,

Dana Nessel,
Michigan Attorney General

*/s/ Michael Moody*
Michael E. Moody (P51985)
Lucas Wollenzien (P86928)
Assistant Attorneys General
Special Litigation Division
P.O. Box 30755
Lansing, MI 48909
517-335-7627
MoodyM2@michigan.gov
WollenzienL@michigan.gov

Christopher M. Bzdok (P53094)
Special Assistant Attorney General
chris@tropospherelegal.com

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| THE PEOPLE OF THE STATE OF MICHIGAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF ENERGY, and CHRIS WRIGHT, Secretary, UNITED STATES DEPARTMENT OF ENERGY<br><br>　　　　Respondents. | Case No. 25-1159<br>(Consolidated with 25-1160 and 25-1162) |
| SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL, MICHIGAN ENVIRONMENTAL COUNCIL, ENVIRONMENTAL DEFENSE FUND, ENVIRONMENTAL LAW AND POLICY CENTER, VOTE SOLAR, UNION OF CONCERNED SCIENTISTS, ECOLOGY CENTER, and URBAN CORE COLLECTIVE,<br><br>　　　　Petitioners<br><br>　　v.<br><br>U.S. DEPARTMENT OF ENERGY, and CHRIS WRIGHT, in his official capacity as Secretary of Energy,<br><br>　　　　Respondents. | Case No. 25-1160<br>(Consolidated with 25-1159 and 25-1162) |
| STATE OF MINNESOTA *AND* STATE OF ILLINOIS,<br><br>　　　　Petitioners,<br><br>　　v.<br><br>CHRIS WRIGHT, in his official capacity as Secretary of Energy, United States Department of Energy; UNITED STATES DEPARTMENT OF ENERGY<br><br>　　　　Respondents. | Case No. 25-1162<br>(Consolidated with 25-1159 and 25-1160) |

## NON-BINDING STATEMENT OF ISSUES

Petitioner, Michigan Attorney General Dana Nessel on behalf of the people of the State of Michigan, submits the following non-binding statement of issues:

1. Whether Order No. 202-25-3 by Chris Wright, Secretary, United States Department of Energy, and the United States Department of Energy (collectively, "Respondents"), issued on May 23, 2025 ("Campbell Order") and the Notice of Denial of Rehearing issued by Respondents on July 28, 2025 ("Notice of Denial") are contrary to law because they fail to establish the existence of an emergency under section 202(c) of the Federal Power Act, 16 U.S.C. § 824a(c), or the Department's regulations implementing section 202(c), 10 C.F.R. § 205.371. (The Campbell Order and Notice of Denial are together referred to as the "actions" of Respondents.)

2. Whether Respondents' actions are contrary to law because they exceed Respondents' statutory authority by misinterpreting and unlawfully applying a statute meant only for emergencies

and intruding on authority reserved to States and to other federal regulators to regulate resource adequacy.

3. Whether Respondents' actions fail to present substantial evidence for their emergency determination and fail to exercise reasoned decision-making by ignoring critical facts and shortcomings in their analysis.

4. Whether Respondents' actions are arbitrary and capricious and contrary to law because section 202(c) provides no authority for Respondents to direct a generator to engage in "economic dispatch."

5. Whether Respondents' actions are arbitrary and capricious and contrary to law because Respondents failed to limit the remedy as required by section 202(c)(2), applying neither the temporal constraint nor the environmental constraints imposed by section 202(c)(2).

6. Whether Respondents' actions violate the National Environmental Policy Act because it fails to assess the environmental consequences of a major federal action

significantly affecting the human environment under 42 U.S.C. § 4321 *et seq*.

This statement is a preliminary list of the issues that Petitioner may raise. Petitioner reserves the right to modify the list of issues addressed, as well as to address these and other issues in more detail in future pleadings.

Dated: August 25, 2025

Respectfully submitted,

Dana Nessel,
Michigan Attorney General

*/s/ Michael Moody*
Michael E. Moody (P51985)
Lucas Wollenzien (P86928)
Assistant Attorneys General
Special Litigation Division
P.O. Box 30755
Lansing, MI 48909
517-335-7627
MoodyM2@michigan.gov
WollenzienL@michigan.gov

Christopher M. Bzdok (P53094)
Special Assistant Attorney General
chris@tropospherelegal.com

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| THE PEOPLE OF THE STATE OF MICHIGAN,<br><br>  Petitioner,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF ENERGY, and CHRIS WRIGHT, Secretary, UNITED STATES DEPARTMENT OF ENERGY<br><br>  Respondents. | ) <br>) <br>) Case No. 25-1159<br>) (Consolidated<br>) with 25-1160<br>) and 25-1162)<br>) <br>) <br>) |
| SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL, MICHIGAN ENVIRONMENTAL COUNCIL, ENVIRONMENTAL DEFENSE FUND, ENVIRONMENTAL LAW AND POLICY CENTER, VOTE SOLAR, UNION OF CONCERNED SCIENTISTS, ECOLOGY CENTER, and URBAN CORE COLLECTIVE,<br><br>  Petitioners<br><br>  v.<br><br>U.S. DEPARTMENT OF ENERGY, and CHRIS WRIGHT, in his official capacity as Secretary of Energy,<br><br>  Respondents. | ) <br>) <br>) <br>) <br>) <br>) <br>) <br>) Case No. 25-1160<br>) (Consolidated<br>) with 25-1159<br>) and 25-1162)<br>) <br>) <br>) <br>) |
| STATE OF MINNESOTA *AND* STATE OF ILLINOIS,<br><br>  Petitioners,<br><br>  v.<br><br>CHRIS WRIGHT, in his official capacity as Secretary of Energy, United States Department of Energy; UNITED STATES DEPARTMENT OF ENERGY<br><br>  Respondents. | ) <br>) <br>) <br>) Case No. 25-1162<br>) (Consolidated<br>) with 25-1159<br>) and 25-1160)<br>) <br>) <br>) |

# **CERTIFICATE OF SERVICE**

In accordance with Fed. R. App. P. 25(d) and the Court's Administrative Order Regarding Electronic Case Filing, I hereby certify that I have, this 25th day of August 2025, served the foregoing upon the counsel listed in the Service List Report via email through the Court's CM/ECF system.

*/s/ Amanda Churchill*
Amanda Churchill
Division Head Secretary
Special Litigation Division

Return to Service List Page

**Service List for Case:** 25-1159 People of the State of Michigan v. DOE et al

**Current Associated Cases:** 25-1162 State of Minnesota et al v. Christopher Wright et al, 25-1160 Sierra Club et al v. DOE et al

**Instructions & Notes:** Registration for the court's CM/ECF system constitutes consent to electronic service of all documents as provided in our local rules and the Federal Rules of Appellate Procedure. The Notice of Docket Activity that is generated by the court's CM/ECF system constitutes service of the filed document on all parties who have consented to electronic service *(ECF Filing Status of Active)*. For any document that is not filed electronically and for any party who has not consented to electronic service *(ECF Filing Status of Blank, Pending, Exempt, Rejected, or Suspended)*, the document must be served by an alternative method of service, in accordance with the Federal Rules of Appellate Procedure and this court's rules. The Notice of Docket Activity generated by the court's CM/ECF system does not replace the certificate of service required by FRAP 25. See D.C. Cir Rule 25(c).

| Contact Info | Case Number/s | Service Preference | ECF Filing Status |
|---|---|---|---|
| Tomas Carbonell<br>Environmental Defense Fund<br>555 12th Street, NW<br>Suite 400<br>Washington, DC 20004<br>Email: tcarbonell@edf.org | 25-1160 | Email | Active |
| Benjamin Paul Chagnon<br>Earthjustice<br>1001 G Street, NW<br>Suite 1000<br>Washington, DC 20001<br>Email: bchagnon@earthjustice.org | 25-1160 | Email | Active |
| Sameer H. Doshi<br>Earthjustice<br>311 S. Wacker Drive<br>Suite 1400<br>Chicago, IL 60606<br>Email: sdoshi@earthjustice.org | 25-1160 | Email | Active |
| Danielle Fidler<br>Clean Air Task Force<br>114 State Street<br>6th Floor<br>Boston, MA 02109<br>Email: dfidler@catf.us | 25-1160 | Email | Active |
| Rebecca Jaffe<br>U.S. Department of Justice<br>(DOJ) Environment and Natural Resources Division<br>PO Box 7415, Ben Franklin Station<br>Washington, DC 20044-7415<br>Email: rebecca.jaffe@usdoj.gov | 25-1159<br>25-1160<br>25-1162 | Email | Active |
| Jason E. James<br>Office of the Attorney General, State of Illinois<br>201 W. Pointe Drive<br>Suite 7<br>Belleville, IL 63130<br>Email: jason.james@ilag.gov | 25-1162 | Email | Active |
| Bradley Alan Klein<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>1440 New York Avenue, NW<br>Washington, DC 20005<br>Email: bradley.klein@skadden.com | 25-1160 | Email | Active |
| Howard Learner<br>Environmental Law & Policy Center<br>35 E. Wacker Drive | 25-1160 | Email | Active |

| Contact Info | Case Number/s | Service Preference | ECF Filing Status |
|---|---|---|---|
| Suite 1600<br>Chicago, IL 60601<br>Email: hlearner@elpc.org | | | |
| Gavin Geraghty McCabe<br>Natural Resources Defense Council<br>40 West 20th Street<br>11th Floor<br>New York, NY 10011<br>Email: gmccabe@nrdc.org | 25-1160 | Email | Active |
| Michael Moody<br>Michigan Department of Attorney General<br>425 W Ottawa Street<br>Lansing, MI 48913<br>Email: moodym2@michigan.gov | 25-1159 | Email | Active |
| Sanjay Narayan<br>Sierra Club<br>2101 Webster Street<br>Suite 1300<br>Oakland, CA 94612<br>Email: sanjay.narayan@sierraclub.org | 25-1160 | Email | Active |
| Christine Ann Powell<br>Earthjustice<br>1 Sansome Street<br>Suite 1700<br>San Francisco, CA 94104<br>Email: cpowell@earthjustice.org | 25-1160 | Email | Active |
| Caroline Reiser<br>Natural Resources Defense Council<br>1152 15th Street, NW<br>Suite 300<br>Washington, DC 20005<br>Email: creiser@nrdc.org | 25-1160 | Email | Active |
| Elena Saxonhouse<br>Sierra Club<br>2101 Webster Street<br>Suite 1300<br>Oakland, CA 94612<br>Email: elena.saxonhouse@sierraclub.org | 25-1160 | Email | Active |
| Michael Christopher Soules<br>Earthjustice<br>1001 G Street, NW<br>Suite 1000<br>Washington, DC 20001<br>Email: msoules@earthjustice.org | 25-1160 | Email | Active |
| Ada Statler<br>Earthjustice<br>1 Sansome Street<br>Suite 1700<br>San Francisco, CA 94104<br>Email: astatler@earthjustice.org | 25-1160 | Email | Active |
| Francis William Sturges Jr.<br>Clean Air Task Force<br>114 State Street<br>6th Floor<br>Boston, MA 02109 | 25-1160 | Email | Active |

| Contact Info | Case Number/s | Service Preference | ECF Filing Status |
|---|---|---|---|
| Email: fsturges@catf.us | | | |
| Peter Surdo<br>Office of the Attorney General, State of Minnesota<br>Suite 600<br>445 Minnesota Street<br>Suite 600<br>St. Paul, MN 55101-5125<br>Email: peter.surdo@ag.state.mn.us | 25-1162 | Email | Active |
| Gregory E. Wannier<br>Sierra Club<br>2101 Webster Street<br>Suite 1300<br>Oakland, CA 94612<br>Email: greg.wannier@sierraclub.org | 25-1160 | Email | Active |

USCA Case #25-1159   Document #2131893   Filed: 08/25/2025   Page 19 of 19