IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| THE PEOPLE OF THE STATE OF MICHIGAN,<br><br>*Petitioner*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF ENERGY, and CHRIS WRIGHT, Secretary, UNITED STATES DEPARTMENT OF ENERGY,<br><br>*Respondents*. | Nos. 25-1159, 25-1160, 25-1162 |

## NOTICE OF INTENT TO FILE AMICUS CURIAE BRIEF

Pursuant to Circuit Rule 29(b), which "encourages" non-governmental entities to indicate their intent to participate as *amici* "as promptly as practicable after the case is docketed in this court," Consumers Energy Company ("Consumers Energy") hereby provides notice of its intent to file an *amicus curiae* brief in support of neither party. Consumers Energy intends to file its brief in accordance with the time permitted by Federal Rule of Appellate Procedure 29(a)(6) and this Court's eventual briefing schedule, and it will file the required notice of consent or motion for leave in connection with that filing.

Dated: August 25, 2025

Respectfully submitted,

/s/ *Zachary C. Schauf*
Zachary C. Schauf
Juliana Brint
Arjun R. Ramamurti
JENNER & BLOCK LLP
1099 New York Ave. NW, Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
zschauf@jenner.com

*Counsel for Consumers Energy Company*

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

THE PEOPLE OF THE STATE OF MICHIGAN,

          *Petitioner*,

  v.

UNITED STATES DEPARTMENT OF ENERGY, and CHRIS WRIGHT, Secretary, UNITED STATES DEPARTMENT OF ENERGY,

          *Respondents*.

Nos. 25-1159, 25-1160, 25-1162

## **CORPORATE DISCLOSURE STATEMENT OF CONSUMERS ENERGY COMPANY**

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Rules 15(c)(6) and 26.1 of the Circuit Rules of this Court, Consumers Energy Company submits the following corporate disclosure statement:

Consumers Energy Company is a Michigan corporation and a wholly owned subsidiary of CMS Energy Corporation ("CMS Energy"). CMS Energy is publicly traded. At the time of this statement, the Vanguard Group, Inc., and BlackRock Inc., each hold 10 percent or more of CMS Energy's stock. CMS Energy has no other parent corporations or publicly held corporations that own a 10% or greater ownership interest.

Dated: August 25, 2025                  Respectfully submitted,

/s/  *Zachary C. Schauf*
Zachary C. Schauf
Juliana Brint
Arjun R. Ramamurti
JENNER & BLOCK LLP
1099 New York Ave. NW, Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
zschauf@jenner.com

*Counsel for Consumers Energy Company*

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Zachary C. Schauf*