# UNITED STATES COURT OF APPEALS
# FOR THE D.C. CIRCUIT

| | |
|---|---|
| THE PEOPLE OF THE STATE OF MICHIGAN<br>*Petitioner*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF ENERGY and CHRIS WRIGHT, Secretary, UNITED STATES DEPARTMENT OF ENERGY<br>*Respondents* | Motion to Intervene in Support of Petitioner<br><br><br>CASE NO. 25-1159 |

## MOTION TO INTERVENE OF THE
## MARYLAND OFFICE OF PEOPLE'S COUNSEL

Pursuant to Rule 15(d) of the Federal Rules of Appellate Procedure, Fed. R. App. P. 15(d), Rule 15(b) of the Circuit Rules of this Court, D.C. Cir. R. 15.(b), and Section 313(b) of the Federal Power Act ("FPA"), 16 U.S.C. § 825l(b), the Maryland Office of People's Counsel ("MPC") hereby moves for leave to intervene in support of the Petitioner, the People of the State of Michigan ("Petitioner" or "Michigan") in the above captioned proceeding. In support of this motion, MPC states the following:

Michigan seeks review of the following order issued by the the United States Department of Energy ("DOE") and Secretary Chris Wright, in his official capacity, (the "Secretary," and, collectively, the "Respondents"):

1. Department of Energy, Order No. 202-25-3, June 24, 2025 (the "Order").

1

MPC is the statutory representative of the residential ratepayers of utility services in Maryland. The People's Counsel "may appear before any federal or state entity as necessary to protect the interests of residential . . . users of [gas, electricity or other regulated services]."[1]

MPC has participated in numerous regulatory proceedings—including the agency proceedings at issue here—at the federal and state levels and in state and federal appeals of those proceedings. Because MPC is the statutory representative to act on behalf of residential ratepayers, no other party in the proceeding can adequately represent the interests of Maryland residential ratepayers. This motion is also timely because the petition for review in this matter was filed on July 24, 2025, and this motion will be filed within thirty days since the petition for review was filed in this Court.[2] Petitioner supports MPC's intervention in the matter. The Department of Justice ("DOJ"), on behalf of Respondent, declined to take a position on MPC's motion to intervene until after filing.[3]

---

[1] MD. PUB. UTIL. CODE ANN. § 2-205(b) (2025).

[2] Petition for Review, People of the State of Michigan v. Dep't of Energy, 25-1159, ECF Doc. No. 2127208, (D.C. Cir. July 24, 2025); *see also* Fed. R. App 15(d) (requiring intervention within 30 days after the petition for review is docketed in the circuit court).

[3] MPC conferred with all parties of record via email regarding this motion before filing, and because of DOJ's position, cannot affirmatively state MPC's motion is unopposed at this time.

MPC has standing to intervene because the ultimate outcome of this proceeding will have a material financial impact on Maryland residential ratepayers. Maryland retail customers are customers within the PJM service territory—have an interest and are aggrieved by the Order. The interconnectedness of MISO and PJM cannot be understated. PJM and MISO are interconnected via a set of transmission lines that facilitate energy transfers between MISO and PJM. MISO is a net-importer of energy from PJM. Typically, energy should flow from the system with the lowest cost marginal resources to the system with higher cost marginal resources. [4]

Campbell is a high-cost marginal resource which was planned to be replaced with lower-cost resources. These new, lower-cost resources would improve the locational, marginal-pricing differences between PJM and MISO, and therefore, the import/export signals. The Order ensures PJM customers, such as Maryland ratepayers, cannot benefit from more efficient power imports and exports. Prohibiting the well-planned retirement of Campbell in lieu of replacing it with more efficient, lower-cost marginal resources as planned will raise costs for consumers in both the MISO and PJM regions, including Maryland ratepayers. This injury is redressable by an injunction of the order.

---

[4] PJM Interconnection, *MISO/PJM Joint Modeling Case Study: Clean Power Analysis*, 18 (March 10, 2017).

WHEREFORE, the Maryland Office of People's Counsel respectfully moves the Court for leave to intervene with the right to participate fully in all aspects of this proceeding.

[*signature page follows*]

Respectfully submitted,

DAVID S. LAPP
People's Counsel

William F. Fields
Deputy People's Counsel

***/electronic signature/***
Alexis H. Lewis
Assistant People's Counsel

Office of People's Counsel
6 St. Paul Street, Suite 2102
Baltimore, Maryland 21202
(410) 767-8150

Dated: August 25, 2025

## **CERTIFICATE OF SERVICE**

In accordance with Fed. R. App. 15(d), I hereby certify that I have, on this 25th day of August 2025, caused the foregoing "Motion to Intervene of the Maryland Office of People's Counsel" to be served via CM/ECF to all parties of record to this proceeding.

Respectfully submitted,

*/electronic signature/*
Alexis H. Lewis
Assistant People's Counsel