# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1159**                                            **September Term, 2025**

DOE-202-25-3

Filed On: February 5, 2026

People of the State of Michigan,
        Petitioner

v.

United States Department of Energy and Christopher A. Wright, Secretary, United States Department of Energy,
        Respondents

------------------------------

Midcontinent Indep. Sys. Operator, Inc.,
        Intervenor

------------------------------

Consolidated with 25-1160, 25-1162

    **BEFORE:**    Millett, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motion to intervene and for leave to file out of time, and the motion for an extension of time for respondents' brief, it is

**ORDERED** that the motion for leave to file out of time be granted. See Fed. R. App. P. 26(b). It is

**FURTHER ORDERED** that the motion to intervene be granted. See Fed. R. App. P. 15(d). Consumers Energy Company may file an intervenor brief, not to exceed 6,500 words. Pending a ruling on the motion for an extension of time, Consumers Energy Company's intervenor brief is due by February 24, 2026, and the remainder of the schedule from the court's November 20, 2025 order remains in effect.

### Per Curiam

                                              **FOR THE COURT:**
                                              Clifton B. Cislak, Clerk

                              BY:    /s/
                                      Selena R. Gancasz
                                      Deputy Clerk