# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1159**

**September Term, 2025**

**DOE-202-25-3**

**Filed On: March 19, 2026** [2164525]

People of the State of Michigan,

       Petitioner

    v.

United States Department of Energy and
Christopher A. Wright, Secretary, United
States Department of Energy,

       Respondents

------------------------------

Midcontinent Independent System
Operator, Inc. and Consumers Energy
Company,
       Intervenors

------------------------------

Consolidated with 25-1160, 25-1162

## O R D E R

    It is **ORDERED**, on the court's own motion, that these cases be scheduled for oral argument on May 15, 2026, at 9:30 A.M. The composition of the argument panel will usually be revealed thirty days prior to the date of oral argument on the court's web site at www.cadc.uscourts.gov.

    The time and date of oral argument will not change absent further order of the Court.

    A separate order will be issued regarding the allocation of time for argument.

                     **FOR THE COURT:**
                     Clifton B. Cislak, Clerk

       BY:    /s/
                Michael C. McGrail
                Deputy Clerk

The following forms and notices are available on the Court's website:

Memorandum to Counsel Concerning Cases Set for Oral Argument (Form 71)