# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIS FORM IS FOR INTERNAL COURT PURPOSES ONLY AND WILL REMAIN CONFIDENTIAL TO PROTECT COUNSEL'S PERSONAL CONTACT INFORMATION**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTIFICATION TO THE COURT FROM COUNSEL INTENDING TO PRESENT ORAL ARGUMENT

Case Number: 25-1159    Case Name: People of the State of Michigan et al. v. U.S. DOE e

is scheduled for oral argument on: May 15, 2026

I intend to present oral argument in the above case on behalf of:

(●) Petitioner/Appellant    ( ) Respondent/Appellee    ( ) Amicus Curiae    ( ) Intervenor

The People of the State of Michigan _____ (state party name)

and will argue for ___7___ minutes (needed in the event parties are permitted to divide time).

(●) I am a member of the Bar of this Court in good standing
( ) I am not a member of the Bar of this Court, but an Application for Admission is presently pending
( ) I am not a member of this Court, but have been granted leave to argue *pro hac vice*
( ) I will present argument as an attorney *pro se*
( ) I am a law student arguing under D.C. Cir. R. 46(g) - Supervisors must file <u>their own</u> Form 72 and attend the argument.

Name: Lucas Wollenzien    Date: 5/7/2026

Firm: Michigan Department of Attorney General    Email: wollenzienl@michigan.gov

Office Phone: (517) 855-1612    Home Phone: (919) 218-8561    Cell Phone: (919) 218-8561

(Personal phone numbers are needed in the event of late calendar changes)

**Attorneys attending oral arguments in person must complete the following section:**

[✓] I hereby certify that I and my guest (if applicable) have read and will comply with the court's Protocols for In-Person and Hybrid Oral Arguments. __LHW__ (Initials)

Please submit this form no later than 7 days prior to the date of argument through the court's CM/ECF system using the *Arguing Attorney Form* event in the *Forms* category.

USCA Form 72
Rev. Sept. 2025