# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 25-1159**

**September Term, 2025**

**DOE-202-25-3**

**Filed On: May 15, 2026** [2173633]

People of the State of Michigan,

      Petitioner

    v.

United States Department of Energy and
Christopher A. Wright, Secretary, United
States Department of Energy,

      Respondents

------------------------------

Midcontinent Independent System Operator,
Inc. and Consumers Energy Company,
      Intervenors
------------------------------

Consolidated with 25-1160, 25-1162

      **BEFORE:**    Chief Judge Srinivasan and Circuit Judges Pillard and Wilkins

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Friday, May 15, 2026 at 9:38 a.m.
The cause was heard as case No. 1 of 3 and argued before the Court by:

    Lucas Wollenzien, counsel for Petitioner State of Michigan.

    Benjamin Chagnon, counsel for Public Interest Organization Petitioners.

    Robert Stander (DOJ), counsel for Respondents.

    Zachary C. Schauf, counsel for Intervenor Consumers Energy Company.

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

      BY:    /s/
                Jaime T. Stratton
                Deputy Clerk