# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

**No. 25-1159** **September Term, 2026**

FILED ON: SEPTEMBER 11, 2026

PEOPLE OF THE STATE OF MICHIGAN,
PETITIONER

v.

UNITED STATES DEPARTMENT OF ENERGY AND CHRISTOPHER A. WRIGHT, SECRETARY, UNITED STATES DEPARTMENT OF ENERGY,
RESPONDENTS

MIDCONTINENT INDEPENDENT SYSTEM OPERATOR, INC. AND CONSUMERS ENERGY COMPANY,
INTERVENORS

Consolidated with 25-1160, 25-1162

On Petitions for Review of a Final Order
of the Department of Energy

Before: SRINIVASAN, *Chief Judge*, PILLARD and WILKINS, *Circuit Judges*

## J U D G M E N T

These causes came to be heard on the petitions for review of a final order of the Department of Energy and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the petitions for review be granted and the order be vacated, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/

Daniel J. Reidy
Deputy Clerk

Date: September 11, 2026

Opinion for the court filed by Circuit Judge Pillard.