# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-1159** **September Term, 2026**

**DOE-202-25-3**

**Filed On:** November 2, 2026

People of the State of Michigan,

Petitioner

v.

United States Department of Energy and Christopher A. Wright, Secretary, United States Department of Energy,

Respondents

------------------------------

Midcontinent Independent System Operator, Inc. and Consumers Energy Company,

Intervenors

------------------------------

Consolidated with 25-1160, 25-1162

## O R D E R

Upon consideration of respondents' petition for rehearing en banc, it is

**ORDERED**, on the court's own motion, that within 15 days of the date of this order, petitioners file a response to the petition for rehearing en banc. The response may not exceed 3,900 words. Absent an order of the en banc court, a reply to the response will not be accepted for filing.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Ellie F. Kemper
Deputy Clerk